## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S. SPECIALTY INSURANCE
COMPANY,

        Plaintiff,

        v.

STONEBRIDGE BROKERAGE
INC., et al.,

        Defendants.

CIVIL ACTION NO. 3:26-cv-00633

(SAPORITO, J.)

## ORDER

AND NOW, this 21st day of July, 2026, **IT IS HEREBY ORDERED THAT**:

1. The motion to set aside entry of default and request for enlargement of time by defendant Jarrett Cummings (Doc. 11) is **GRANTED**;

2. The clerk's entry of default is **SET ASIDE** with respect to defendant Jarrett Cummings *only*, *see Hutton v. Fisher*, 359 F.2d 913, 916 (3d Cir. 1966) (trial on merits preferred to judgment by default);

3. For good cause shown, the moving defendant's request for an enlargement of time is **GRANTED**; and

4. Defendant Jarrett Cummings shall file his response to the

- 2 -

complaint **on or before August 5, 2026**.


*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge